

1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Joshua M. Bryan (SBN 225230)
   jbryan@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
4  San Ramon, California 94583
   Telephone: (925) 866-1000
5  Facsimile:  (925) 830-8787

6  Attorneys for Defendant
   KNOWLEDGE LEARNING CORPORATION, INC.
7  (incorrectly sued herein as
   CHILDREN'S WORLD-KNOWLEDGE
8  LEARNING CORPORATION)

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  JULIE RUTH DOCKHAM,              )  Case No.  C08-00147 WHA
                                     )
14            Plaintiff,             )
                                     )  CERTIFICATE OF SERVICE
15       vs.                         )
                                     )
16  CHILDREN'S WORLD-KNOWLEDGE       )
    LEARNING CORPORATION, and DOES 1 )
17  through 50, inclusive.           )
                                     )
18            Defendants.            )
                                     )
19  _____ )

20

21

22

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

1

**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James S. Greenan  SBN 53648<br>Joshua M. Bryan  SBN 225230<br>Greenan, Peffer, Sallander & Lally, LLP<br>6111 Bollinger Canyon Road, Suite 500<br>San Ramon, Ca. 94583<br>  TELEPHONE NO.: 925-866-1000    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>  ATTORNEY FOR (Name): Knowledge Learning Corporation, Inc. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PETITIONER/PLAINTIFF: Julie Ruth Dockham

RESPONDENT/DEFENDANT: Children's World Knowledge Learning Corporation

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>C08-00147 WHA |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):*

   Notice of Removal of Action, Civil Cover Sheet, US District Court Filing Guidelines, Order Setting Initial Case Management Conference and ADR Deadlines, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, ECF Registration Information Handout

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:

   a. Name: Howard Menchen, Esq.
   b. Address: 1299 Newell Hill Place, Suite 300, Walnut Creek, Ca. 94596
   c. Date: 01/10/08
   d. Time: 11:30 am

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*

   Robert A. Capurro  (510) 882-5288
   P.O. Box 277, Danville, Ca. 94526-0277
   Reg. #252 Contra Costa County

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 01/10/08

Robert A. Capurro
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use<br>Judicial Council of California<br>POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com