HOWARD MENCHER, SBN 64399
LAW OFFICES OF HOWARD MENCHER
1299 Newell Hill Place, Suite 300
Walnut Creek, CA. 94596-5220
Telephone: (925) 930-7501
Facsimile: (925) 935-8471

Attorney for Plaintiff
JULIE RUTH DOCKHAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RUTH DOCKHAM, <br><br> Plaintiff, <br><br> vs. <br><br> CHILDREN'S WORLD-KNOWLEDGE LEARNING CORPORATION, and DOES 1 through 50, inclusive. <br><br> Defendants | Case No.: C 08-00147 WHA <br><br> **PLAINTIFF'S JURY TRIAL REQUEST** |

Plaintiff JULIE RUTH DOCKHAM requests a jury trial in regards to the four causes of action alleged in her complaint filed in the Superior court of Contra Costa County on November 19, 2007.

Dated: January 12, 2008

_____
HOWARD MENCHER, Attorney
for Plaintiff JULIE RUTH
DOCKHAM

[Summary of pleading] - 1

## PROOF OF SERVICE

I declare that:

I am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within cause; my business address is 1299 Newell Hill Place, Suite 300, Walnut Creek, California 94596.

On the date noticed below, I served the within document(s):

### PLAINTIFF'S JURY TRIAL REQUEST

On the parties in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail in Walnut Creek, California addressed as follows:

James S. Greenan, Esq.
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Rd., Suite 500
San Ramon, CA. 94583

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January 2008 at Walnut Creek, California.

HOWARD MENCHER

[Summary of pleading] - 2