IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RUTH DOCKHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CHILDREN'S WORLD-KNOWLEDGE LEARNING CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 08-00147 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for April 17, 2008 at 11:00 a.m. has been rescheduled for **April 24, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: February 20, 2008                    FOR THE COURT,

                            Richard W. Wieking, Clerk
                            By: _____
                              Dawn Toland
                              Courtroom Deputy to the
                              Honorable William Alsup