UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 24, 2008</u>

Case No.  <u>C 08-00147 WHA</u>

Title: <u>JULIE RUTH DOCKHAM</u>  v. <u>CHILDREN'S WORLD KNOWLEDGE</u>

Plaintiff Attorneys: Howard Mencher

Defense Attorneys: Joshua Bryan

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)  <u>CMC - HELD</u>

2)  <u> </u>

Complete Initial Disclosures (Rule 26): 5/2/08

Leave to Add or Amend: 5/29/08

Discovery Cutoff: 1/23/09

Designation of Experts: 1/23/09

Last Day to File Motion: 3/12/09


Continued to  <u>**5/18/09 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**6/1/09 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.