# Allen Matkins

**Allen Matkins Leck Gamble Mallory & Natsis LLP**
Attorneys at Law
Three Embarcadero Center, 12th Floor | San Francisco, CA 94111-4074
Telephone: 415.837.1515 | Facsimile: 415.837.1516
www.allenmatkins.com

**Baldwin J. Lee**
E-mail: blee@allenmatkins.com
Direct Dial: 415.273.7446   File Number: A0045-136/SF739561.01

**Via Facsimile and First Class Mail**

May 22, 2008

Howard Mencher, Esq.,
Law Offices of Howard Mencher
1299 Newell Hill Place, #300
Walnut Creek, CA 94596

James Steven Greenan, Esq.
Joshua Mark Bryan, Esq.
6111 Bollinger Canyon Rd.
Suite 500
San Ramon, CA 94583

FILED  E-filing
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

  Re: *Dockham v. Children's World-Knowledge Learning*
    U.S. District Court-Northern Dist. Case No. 3:08-cv-00147-WHA

Dear Counsel:

  As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's mediation program. Please be sure to review carefully ADR L.R. 6 which governs the mediation program. By way of background, I am a partner at the Allen Matkins firm, in the San Francisco and Walnut Creek offices. I have specialized in Employment Law since graduating from the University of Chicago Law School, other than one year when I served as law clerk to U.S. District Judge Ginger Berrigan. I have represented both plaintiffs and defendants in employment discrimination cases in the courts of Northern California. I currently primarily represent defendants. I serve as a mediator directly retained by the parties, as well as for the courts and the Bar Association of San Francisco.

  Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

    1. the procedures to be followed;
    2. the nature of the case;
    3. appropriate dates for the mediation and anticipated length of the session;

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law

Howard Mencher, Esq.,
James Steven Greenan, Esq.
May 22, 2008
Page 2

4. the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
5. ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
6. requirements for your written mediation statements;
7. the court's rules regarding compensation of mediators;
8. any questions you might have about how I normally conduct mediations; and
9. any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for Tuesday, June 3, 2008 at 10:00 a.m. *Please call my assistant Amber McClain at (415) 837-1515, extension 226 by Friday, May 30 to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted within the time frame set by the court.

In the interest of full disclosure under ADR L.R. 2-15(d) and 28 U.S.C. §455(a), I wish to advise you of a matter that came to my attention after a check for potential conflicts of interest. One of my real estate partners represents the landlord in a lease where "Knowledge Learning Corporation" is the tenant (for a site in Windomar, California). I have no involvement in that case. I do not believe that this matter will prevent me from serving as an unbiased mediator in this case, and I do not understand them to require automatic disqualification under 28 U.S.C. §455(b). However, if these matters cause you or your clients concern about my ability to serve impartially, you are required to communicate your objection in writing to the ADR Unit within ten calendar days of your receipt of this letter. (See ADR L.R. 2-5(d)).

I look forward to assisting you on this case.

Very truly yours,

Baldwin Lee  (am)

Baldwin J. Lee

BJL:am

cc:   Clerk's Office – ADR Unit