# Allen Matkins

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law
Three Embarcadero Center, 12th Floor | San Francisco, CA 94111-4074
Telephone: 415.837.1515 | Facsimile: 415.837.1516
www.allenmatkins.com

**Baldwin J. Lee**
E-mail: blee@allenmatkins.com
Direct Dial: 415.273.7446   File Number: A0045-136/SF740150.01

**Via Facsimile and First Class Mail**

FILED
JUN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

May 30, 2008

Howard Mencher, Esq.,
Law Offices of Howard Mencher
1299 Newell Hill Place, #300
Walnut Creek, CA 94596

James Steven Greenan, Esq.
Joshua Mark Bryan, Esq.
6111 Bollinger Canyon Rd.
Suite 500
San Ramon, CA 94583

Re:   *Dockham v. Children's World-Knowledge Learning*
      U.S. District Court-Northern Dist. Case No. 3:08-cv-00147-WHA

Dear Counsel:

A pre-mediation conference call is scheduled in this case for June 3 at 10:00 a.m.. However, the trial I am handling right now looks like it will extend into June 3. I would like to reschedule the conference call for the week of the June 9. Please let me know your availability. I apologize for any inconvenience. Thank you.

I look forward to assisting you on this case.

Very truly yours,

*dictated but not read*

Baldwin J. Lee

BJL:am

cc:   Clerk's Office – ADR Unit