| | |
|---|---|
| 1 | James S. Greenan (SBN 53648) |
|   | jgreenan@gpsllp.com |
| 2 | Joshua M. Bryan (SBN 225230) |
|   | jbryan@gpsllp.com |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
|   | 6111 Bollinger Canyon Road, Suite 500 |
| 4 | San Ramon, California 94583 |
|   | Telephone: (925) 866-1000 |
| 5 | Facsimile:  (925) 830-8787 |
| 6 | Attorneys for Defendant |
|   | KNOWLEDGE LEARNING CORPORATION |
| 7 | (incorrectly sued herein as |
|   | CHILDREN'S WORLD-KNOWLEDGE |
| 8 | LEARNING CORPORATION) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE RUTH DOCKHAM, | ) | Case No.  C08-00147 WHA |
|  | ) |  |
| Plaintiff, | ) | **MOTION TO EXTEND TIME TO** |
|  | ) | **COMPLETE MEDIATION** |
| vs. | ) | **PURSUANT TO STIPULATION** |
|  | ) |  |
| CHILDREN'S WORLD-KNOWLEDGE | ) |  |
| LEARNING CORPORATION, and DOES 1 | ) |  |
| through 50, inclusive. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Defendant Knowledge Learning Corporation ("KLC") moves the Court for an order continuing the time for the parties to complete mediation from August 12, 2008 until September 4, 2008.

This motion is made pursuant to the provisions of Local Rules 6 and 7.  Good cause exists for a continuance of the time to complete mediation because: (1) the parties have worked diligently to complete discovery; (2) the parties will reasonably require until the end of August to complete the necessary pre-mediation discovery; (3) a short continuance will not interfere with any deadline set by the court's case management order; and (4) the parties have stipulated to

1

1 extend the time for completion of mediation and have agreed to a September 4, 2008 mediation
2 date.
3     This motion is based upon this motion, the memorandum of points and authorities, the
4 declaration of James S. Greenan, the stipulation of the parties, and any further evidence or
5 argument that the Court may properly receive.

7 Dated: June 30, 2008

8                         GREENAN, PEFFER, SALLANDER & LALLY LLP

10               By:    /S/
                         James S. Greenan
                         Attorneys for Defendant
                         KNOWLEDGE LEARNING
                         CORPORATION

MOTION TO EXTEND TIME TO COMPLETE MEDIATION
PURSUANT TO STIPULATION                     Case No. C08-00147 WHA