```
1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Joshua M. Bryan (SBN 225230)
   jbryan@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
4  San Ramon, California 94583
   Telephone: (925) 866-1000
5  Facsimile:  (925) 830-8787

6  Attorneys for Defendant
   KNOWLEDGE LEARNING CORPORATION
7  (incorrectly sued herein as
   CHILDREN'S WORLD-KNOWLEDGE
8  LEARNING CORPORATION)
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RUTH DOCKHAM, | Case No.  C08-00147 WHA |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE MEDIATION PURSUANT TO STIPULATION** |
| vs. | |
| CHILDREN'S WORLD-KNOWLEDGE LEARNING CORPORATION, and DOES 1 through 50, inclusive. | |
| Defendants. | |

**INTRODUCTION**

This case involves allegations by plaintiff Julie Ruth Dockham ("plaintiff"), that defendant Knowledge Learning Corporation's ("KLC"), her former employer, discriminated against her on the basis of a disability and failed to honor her request for accommodation of a disability.

Pursuant to Civil Local Rule 6-5, KLC hereby moves this court to continue the date for completion of mediation from August 12, 2008 to September 4, 2008.  Good cause exists to

1

Greenan,
Peffer,
Sallander &
Lally LLP

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME TO
COMPLETE MEDIATION PURSUANT TO STIPULATION                        Case No. C08-00147 WHA

extend the deadline for completion of mediation because: (1) the parties have worked diligently to complete discovery; (2) the parties will reasonably require until the end of August to complete the necessary pre-mediation discovery; (3) a short continuance will not interfere with any deadline set by the court's case management order; and (4) the parties have stipulated to extend the time for completion of mediation and have agreed to a September 4, 2008 mediation date.

**A.   The Parties Are Working Diligently to Complete Discovery.**

Plaintiff has propounded a series of interrogatories requesting information on KLC's insurance with respect to the subject incidents. Plaintiff has also propounded an extensive request for production of documents on KLC pertaining to plaintiff's employment. Plaintiff has noticed the depositions of all of the percipient witness former employees of KLC Liz Moreno, Joan Pinson, Denise Hall, Tina Hart, Karen Taylor and Barbara Owens. All of these depositions are set to take place by the end of August. (Greenan Dec., Para. 2.)

KLC has noticed plaintiff's deposition for July 31, 2008. KLC has also propounded a set of interrogatories and request for production of documents regarding details pertaining to, among other things, plaintiff's disability discrimination and accommodation claims. (Greenan Dec., Para. 3.)

The depositions should be completed before the discovery cutoff date, and will be in no way delayed by the short extension of time to complete mediation requested. The written discovery responses on both sides are anticipated to be complete by August 2008. (Greenan Dec., Para. 4.)

**B.   The Parties Will Reasonably Require Until the End of August to Complete the Necessary Pre-mediation Discovery.**

Counsel for KLC, James Greenan, will be on vacation from early August until late August attending the Summer Olympic games in Beijing. Mr. Greenan had this vacation planned since before this case was ordered to mediation.

Based upon the number of currently scheduled necessary depositions, the nature and extent of the written discovery between the parties, and Mr. Greenan's vacation schedule, the parties will need until the end of August to complete the necessary pre-mediation discovery.

2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME TO
COMPLETE MEDIATION PURSUANT TO STIPULATION                    Case No. C08-00147 WHA

(Greenan Dec., Para. 6.)  Accordingly, KLC requests that the time for completion of mediation be extended to September 4, 2008, to ensure a meaningful mediation.

**C.    A Continuance of the Time to Complete Mediation Until September 4, 2008 Will Not Interfere With Any Deadlines Set by the Court's Case Management Order.**

The parties are not requesting that the court delay or continue any trial or discovery deadlines.  The parties are on schedule to complete discovery by, January 23, 2008.  None of the other deadlines set forth in the court's case management order of April 24, 2008 will be affected by a continuance of the time to complete mediation until September 4, 2008.  (Greenan Dec., Para. 7.)

**D.    The Parties and Mediator Have Agreed to a September 4, 2008 Mediation Date.**

The parties and the mediator have signed a stipulation that the time for completion of mediation should be extended until September 4, 2008 and have agreed that the mediation should take place on that date.  (Greenan Dec., Para 8.; Exhibit A – Stipulation).

### CONCLUSION

For the foregoing reasons, KLC requests that court grant its request to continue the time for completion of mediation from August 12, 2008 to September 4, 2008.

DATED: June 30, 2008

GREENAN, PEFFER, SALLANDER & LALLY LLP

By:    /S/
James S. Greenan
Attorneys for Defendant
KNOWLEDGE LEARNING CORPORATION

Greenan, Peffer, Sallander & Lally LLP

3

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE MEDIATION PURSUANT TO STIPULATION            Case No. C08-00147 WHA