James S. Greenan (SBN 53648)
jgreenan@gpsllp.com
Joshua M. Bryan (SBN 225230)
jbryan@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile:  (925) 830-8787

Attorneys for Defendant
KNOWLEDGE LEARNING CORPORATION
(incorrectly sued herein as
CHILDREN'S WORLD-KNOWLEDGE
LEARNING CORPORATION)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RUTH DOCKHAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHILDREN'S WORLD-KNOWLEDGE LEARNING CORPORATION, and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.  C08-00147 WHA<br><br>**DECLARATION OF JAMES S. GREENAN IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE MEDIATION PURSUANT TO STIPULATION** |

I, James S. Greenan, declare:

1.  I am an attorney licensed to practice law in the courts of the State of California and before the United State District Court for the Northern District of California.  I am a partner at Greenan, Peffer, Sallander & Lally LLP, attorneys of record for defendant Knowledge Learning Corporation ("KLC").  I have personal knowledge of all the facts stated in this declaration, and if called upon to do so, I could testify to them.

2.  Plaintiff has propounded a series of interrogatories requesting information regarding KLC's insurance with respect to the subject incident.  Plaintiff has also propounded an

1

DECLARATION OF JAMES S. GREENAN IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE MEDIATION PURSUANT TO STIPULATION                                    Case No. C08-00147 WHA

Greenan, Peffer, Sallander & Lally LLP

1  extensive request for production of documents on KLC pertaining to plaintiff's employment.
2  Plaintiff has noticed the depositions of all of the percipient witness former employees of KLC,
3  Liz Moreno, Joan Pinson, Denise Hall, Tina Hart, Karen Taylor and Barbara Owens. All of
4  these depositions are set to take place by the end of August.

5      3.    KLC has noticed plaintiff's deposition for July 31, 2008. KLC has also
6  propounded a set of interrogatories and request for production of documents regarding details
7  pertaining to, among other things, plaintiff's disability discrimination and accommodation
8  claims.

9      4.    The depositions should be completed before the discovery cutoff date, and will be
10  in no way delayed by the short extension of time to complete mediation requested. The written
11  discovery responses on both sides are anticipated to be complete by August 2008.

12      5.    I will be on vacation from early August until late August attending the Summer
13  Olympic Games in Beijing. I had this vacation planned since before this case was ordered to
14  mediation.

15      6.    Based upon the number of currently scheduled necessary depositions, the nature
16  and extent of the written discovery between the parties, and my vacation schedule, the parties
17  will need until the end of August to complete the necessary pre-mediation discovery.

18      7.    The parties are not requesting that the court delay or continue any trial or
19  discovery deadlines. The parties are on schedule to complete discovery by January 23, 2008.
20  None of the other deadlines set forth in the court's case management order of April 24, 2008 will
21  be affected by a continuance of the time to complete mediation until September 4, 2008.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

DECLARATION OF JAMES S. GREENAN IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE
MEDIATION PURSUANT TO STIPULATION    Case No. C08-00147 WHA

Greenan, Peffer, Sallander & Lally LLP

1    8.  The parties have signed a stipulation that the time for completion of mediation 2 should be extended until September 4, 2008, and have agreed that the mediation should take 3 place on that date. A true and correct copy of the executed stipulation is attached hereto as 4 Exhibit "A."

5    I declare under penalty of perjury, and under the laws of the State of California, that the 6 foregoing is true and correct.

8    Executed this 30th day of June 2008, at San Ramon, California.

            /S/
            James S. Greenan

3

DECLARATION OF JAMES S. GREENAN IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE
MEDIATION PURSUANT TO STIPULATION                              Case No. C08-00147 WHA

Greenan,
Peffer,
Sallander &
Lally LLP

# EXHIBIT A

# EXHIBIT A

1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Joshua M. Bryan (SBN 225230)
   jbryan@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
4  San Ramon, California 94583
   Telephone: (925) 866-1000
5  Facsimile:  (925) 830-8787

6  Attorneys for Defendant
   KNOWLEDGE LEARNING CORPORATION
7  (incorrectly sued herein as
   CHILDREN'S WORLD-KNOWLEDGE
8  LEARNING CORPORATION)

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  JULIE RUTH DOCKHAM,            )  Case No.  C08-00147 WHA
                                   )
14         Plaintiff,               )  **STIPULATION TO EXTEND TIME TO**
                                   )  **COMPLETE MEDIATION**
15     vs.                          )
                                   )
16  CHILDREN'S WORLD-KNOWLEDGE     )
    LEARNING CORPORATION, and DOES 1 )
17  through 50, inclusive.          )
                                   )
18         Defendants.              )
                                   )
19                                  )
                                   )
20  _____)

21         The parties to this action, Plaintiff Julie Ruth Dockham and Defendant Knowledge

22  Learning Corporation, through their counsel of record, hereby stipulate to continue the hearing

23  date for completion of mediation from August 12, 2008 to September 4, 2008.

24         The reason for the continuance is to provide the parties with adequate time to complete

25  necessary discovery prior to mediation.  The parties are working diligently to complete

26  discovery; the parties will reasonably require until the end of August to complete the necessary

27  pre-mediation discovery; and a continuance will not interfere with any deadlines set by the

28  April 24, 2008 case management order.

Greenan,
Peffer,                                    1
Sallander &
Lally LLP   STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION          Case No. C08-00147 WHA



1  IT IS SO STIPULATED.

3  Dated: June 25, 2008

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
James S. Greenan
Attorneys for Defendant
KNOWLEDGE LEARNING
CORPORATION, INC.

10  Dated: June 25, 2008

LAW OFFICES OF HOWARD MENCHER

By: _____
Howard Mencher
Attorneys for Plaintiff
JULIE DOCKHAM

Greenan,
Peffer,
Sallander &
Lally LLP

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION       2        Case No. C08-00147 WHA