1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Joshua M. Bryan (SBN 225230)
   jbryan@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
4  San Ramon, California 94583
   Telephone: (925) 866-1000
5  Facsimile:  (925) 830-8787

6  Attorneys for Defendant
   KNOWLEDGE LEARNING CORPORATION
7  (incorrectly sued herein as
   CHILDREN'S WORLD-KNOWLEDGE
8  LEARNING CORPORATION)

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | JULIE RUTH DOCKHAM,              ) Case No.  C08-00147 WHA
                                      )
14 |        Plaintiff,                ) [PROPOSED] ORDER EXTENDING
                                      ) DEADLINE TO COMPLETE
15 |   vs.                            ) MEDIATION PURSUANT TO
                                      ) STIPULATION
16 | CHILDREN'S WORLD-KNOWLEDGE       )
     LEARNING CORPORATION, and DOES 1 )
17 | through 50, inclusive.           )
                                      )
18 |        Defendants.               )
                                      )
19                                    )
   |_____)
20

21

22      The motion of defendant Knowledge Learning Corporation ("KLC") for an order

23 extending the deadline to complete mediation pursuant to stipulation has been submitted to the

24 Honorable William H. Alsup of the above entitled court for his consideration.

25 / / /

26 / / /

27 / / /

28 / / /

                                        1

Greenan,
Peffer,
Sallander &
Lally LLP

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION
PURSUANT TO STIPULATION                                  Case No. C08-00147 WHA

1  Having read and considered the papers in support of the motion and any papers in
2  opposition to the motion, the Court orders as follows. The time for completion of mediation in
3  this matter is hereby continued from August 12, 2008 to September 4, 2008.
4
5  IT IS SO ORDERED.
6  Dated: __July 1, 2008.__
7  _____
8  Judge of the United States District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]