| | |
|---|---|
| 1 | James S. Greenan (SBN 53648) |
|  | jgreenan@gpsllp.com |
| 2 | Joshua M. Bryan (SBN 225230) |
|  | jbryan@gpsllp.com |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
|  | 6111 Bollinger Canyon Road, Suite 500 |
| 4 | San Ramon, California 94583 |
|  | Telephone: (925) 866-1000 |
| 5 | Facsimile:  (925) 830-8787 |
| 6 | Attorneys for Defendant |
|  | KNOWLEDGE LEARNING CORPORATION |
| 7 | (incorrectly sued herein as CHILDREN'S |
|  | WORLD-KNOWLEDGE LEARNING CORPORATION) |
| 8 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE RUTH DOCKHAM, | ) | Case No.  C08-00147 WHA |
|     Plaintiff, | ) | |
|  | ) | STIPULATION AND PROTECTIVE ORDER |
| vs. | ) | |
|  | ) | |
| CHILDREN'S WORLD-KNOWLEDGE | ) | |
| LEARNING CORPORATION, and DOES 1 | ) | |
| through 50, inclusive. | ) | |
|  | ) | |
|     Defendants. | ) | |
|  | ) | |
|  | ) | |

WHEREAS, Defendant KNOWLEDGE LEARNING CORPORATION ("KLC") asserts that documents and information being sought through discovery in the above-captioned action (the "Action") filed by plaintiff Julie Ruth Dockham against KLC contain protected propriety or confidential information;

WHEREAS, KLC seeks this Stipulation and Protective Order to protect the confidential and proprietary information which will be disclosed in the Action by KLC;

WHEREAS, the parties agree that this Stipulation and Protective Order does not make information not otherwise subject to discovery discoverable;

1  WHEREAS, the parties agree that documents and information be subject to the
2  Stipulation and Protective Order with the terms as set forth below;
3  IT IS HEREBY STIPULATED AND AGREED THAT:
4  1. As used herein, "Protected Information" shall mean any document containing
5  information or material that has been designated as "confidential" by being stamped
6  "CONFIDENTIAL" by the party producing the document. A document and the information
7  contained therein may be designated "Confidential" if subject to protection under the laws of the
8  State of California (under California Civil Code section 3426, et seq.), or the United States of
9  America (under Federal Rule of Civil Procedure Rule 26(c)(7)) ("Confidential Discovery
10 Material"), or if such information constitutes confidential, proprietary, commercially sensitive or
11 trade secret information that meets any of the following criteria:
12   (a) The document contains information from which a party derives independent
13       economic value, actual or potential, which is not generally known to the public or
14       to other persons who can obtain economic value from its disclosure or use; or
15   (b) The document contains information concerning confidential research,
16       development, or commercial information;
17   (c) The document contains private information about an employee or former
18       employee of a party;
19   (d) The document contains information about a party's methods of operation,
20       including company manuals, procedures, curricula or other proprietary or
21       confidential information concerning a party's business operations or financial
22       information.
23  2. The party who produces documents meeting the definition of "Protected
24 Information" under this Stipulation and Order is hereafter referred to as a "Designating Party."
25  3. This Stipulation and Order applies to all documents marked "confidential" by a
26 party. Except as may be provided by further Order of the Court or agreement of the parties,
27 access to Protected Information under this Stipulation and Order shall be limited to: (a) court
28 reporters (including videographers) at depositions or other proceedings in this Action; (b)

Greenan,
Peffer,
Sallander &
Lally LLP

2

Stipulation and Protective Order                                    CASE NO. C08-00147 WHA

1  witnesses or potential witnesses to whom the attorney for a party may deem it appropriate to
2  disclose the information or document (including attorneys for witnesses), and expert witnesses
3  and consultants; (c) attorneys of record, including the secretarial, office, and legal assistant staffs
4  of all such attorneys; (d) the parties to this Action and their officers, directors, officials, or
5  employees who are involved in the prosecution or defense of this Action; (e) the Court and court
6  personnel; (f) outside vendors providing litigation support in the form of graphics or
7  photocopying services who are assisting in the conduct of the above captioned case; and (g)
8  authors, senders or addressees and designated copy recipients, provided such individuals remain
9  authorized to review such material. If an author, sender or addressee no longer has the right to
10 see Protected Information, such person shall be treated as a witness, consultant or expert (as
11 appropriate). Persons described in 3(a) through 3(g) are referred to collectively as the
12 "Approved Persons."
13     4.    Approved Persons having access to Protected Information shall be informed by
14 the party supplying them the Protected Information that they may use the Protected Information
15 only with respect to the Action (with the exception of *Katool Wahab v. Children's World-*
16 *Knowledge Learning Corporation, Inc., et al.,* Contra Costa County Superior Court Case No.
17 C08-00715) and shall not disclose such information to any person not bound by this Stipulation
18 and Order or not authorized to receive such information under this Stipulation and Order.
19     5.    Nothing herein shall impose any restriction on the use or disclosure of documents
20 or information from public sources or from a source other than a Designating Party, regardless of
21 whether such information is also contained in a document designated Protected Information.
22 This Stipulation and Order in no way limits what each Party may do with its own Protected
23 Information in this Action.
24     6.    Nothing herein shall be interpreted to waive objections to requests for documents
25 which are otherwise protected by attorney-client privilege, work product doctrine and/or
26 constitutional, statutory or common law privacy interests of a party or third parties.
27     7.    Any party receiving notice that Protected Information has been sought by
28 subpoena or order of a court or other government agency shall give written notice to the

1  Designating Party of such subpoena or order as soon as practicable, and if possible no event later
2  than five (5) days after receipt thereof or five (5) business days before the date set for production,
3  which ever is earlier.

4      8.    Following a good faith evaluation of Protected Information designated
5  Confidential, a party may object in writing of the designation. The parties shall then meet and
6  confer in good faith (within a period of ten (10) business days or such longer period as they
7  mutually agree), in an effort to resolve or narrow any disputes over the designation of the
8  Protected Information in question. If those good faith meet and confer efforts do not resolve all
9  differences, the Designating Party shall have twenty-five (25) days from the receipt of such
10 written notice to apply to the Court for an order designating the Protected Information as
11 Confidential. The party seeking the order has the burden of establishing good cause for the
12 Protected Information to be treated as Confidential pursuant to this Stipulation and Protective
13 Order. While the application is pending, the material in question shall be treated as Protected
14 Information pursuant to this Stipulation and Protective Order.

15     9.    With regard to the staff of attorneys of record, including secretaries, office and
16 legal assistants of such attorneys, the attorneys of record agree to be responsible for insuring that
17 his or her staff complies with the terms of this Stipulation and Order.  Counsel of record agrees
18 to advise his staff of this Stipulation and Order and their obligation to maintain the
19 confidentiality of the Protected Information.

20     10.    If a party to this Order (or its counsel) becomes aware that a disclosure of
21 Protected Information has been made to other than an Approved Person, such party (or its
22 counsel) shall immediately take all reasonable measures to prevent further or greater
23 unauthorized disclosure of the Protected Information.

24     11.    Upon final termination of this Action, counsel for the non-designating parties
25 shall dispose of Protected Information by returning it to the Designating Party, by destroying it,
26 or by keeping it secured in a sealed container with the designation: "Protected and Confidential
27 Information Pursuant to Stipulated Protective Order in *Julie Ruth Dockham v. Children's World-*
28 *Knowledge Learning Corporation.*, United States District Court for the Northern District of

Greenan,
Peffer,
Sallander &
Lally LLP

1  California, Case No. C08-00147 WHA." The disposition shall be made within sixty (60) days of
2  the conclusion of this Action. Protected Information incorporated into the work product of a
3  party as described need not be returned, destroyed or sealed, but remains subject to this
4  Stipulation and Order.

5     12.    This Stipulation and Order shall be without prejudice to the right of any party to
6  challenge the propriety of discovery on other grounds, and nothing contained herein shall be
7  construed as a waiver of applicable privilege, nor of any objection that might be raised as to the
8  admissibility at trial of any evidentiary material. The parties reserve all rights to apply to the
9  Court for an order modifying this Order or seeking further or lesser protection on these or other
10 issues.

11     13.    Any party who wishes to file with the Court any document containing information
12 deemed Confidential or Protected Information by a Designating Party, shall lodge such
13 information with the Court and the designating party move the Court to seal such information
14 accordingly.

15     14.    Except as provided herein, the terms, conditions, and limitations of this
16 Stipulation and Order shall survive the termination of this Action.

17 Dated: July 24, 2008
                                            GREENAN, PEFFER, SALLANDER & LALLY LLP
18
                                            By:    /S/
19                                                 James S. Greenan
                                                   Attorneys for Defendant
20                                                 KNOWLEDGE LEARNING CORPORATION
21
22 Dated: July 23, 2008
                                            LAW OFFICES OF HOWARD MENCHER
23
                                            By:    /S/ Howard Mencher
24                                                 Howard Mencher
                                                   Attorneys for Plaintiff
25                                                 JULIE DOCKHAM

26 IT IS SO ORDERED.

27 Dated:_____, 2008       _____
28                                            United States District Court
                                              for the Northern District of California

**EXHIBIT A**

**ACKNOWLEDGEMENT OF PROTECTIVE ORDER**

I,_____, declare as follows:

1.  I acknowledge that I have received a copy of the Stipulation re Protective Order Governing Discovery and/or Exchange of Confidential Information between the parties in this action, *Julie Ruth Dockham v. Children's World-Knowledge Learning Corporation*, United States District Court for the Northern District of California, Case No. C08-00147 WHA (the "Order"). I have read the Order, understand it and hereby agree to comply with, and be bound by, the terms and conditions of the Order unless and until modified by further order of this Court.

2.  I acknowledge that, under the terms of the Order, I am forbidden to disclose to any person or entity "Confidential Discovery Material" that the parties have produced in the above-entitled action, except as expressly permitted under the terms of the Order, and that I am forbidden to use any such "Confidential Discovery Material" for any purpose except as permitted under the terms of the Order.

3.  I will not use such Confidential Material for any purpose other than in connection with this action (with the exception of *Katool Wahab v. Children's World-Knowledge Learning Corporation, Inc., et al.,* Contra Costa County Superior Court Case No. C08-00715), and will return all Confidential Discovery Material provided to me as well as those materials generated by me containing Confidential Discovery Material (along with any copies I may have made) to counsel for the party with which I am affiliated upon request at the conclusion of this action.

4.  I hereby submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __ day of _____, ____, at _____.


Signature: _____

Printed Name:_____

1  California, Case No. C08-00147 WHA." The disposition shall be made within sixty (60) days of
2  the conclusion of this Action. Protected Information incorporated into the work product of a
3  party as described need not be returned, destroyed or sealed, but remains subject to this
4  Stipulation and Order.
5      12.  This Stipulation and Order shall be without prejudice to the right of any party to
6  challenge the propriety of discovery on other grounds, and nothing contained herein shall be
7  construed as a waiver of applicable privilege, nor of any objection that might be raised as to the
8  admissibility at trial of any evidentiary material. The parties reserve all rights to apply to the
9  Court for an order modifying this Order or seeking further or lesser protection on these or other
10 issues.
11     13.  Any party who wishes to file with the Court any document containing information
12 deemed Confidential or Protected Information by a Designating Party, shall lodge such
13 information with the Court and the designating party move the Court to seal such information
14 accordingly.
15     14.  Except as provided herein, the terms, conditions, and limitations of this
16 Stipulation and Order shall survive the termination of this Action.

17 Dated: July ___, 2008

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
James S. Greenan
Attorneys for Defendant
KNOWLEDGE LEARNING CORPORATION

22 Dated: July 23, 2008

LAW OFFICES OF HOWARD MENCHER

By: _____
Howard Mencher
Attorneys for Plaintiff
JULIE DOCKHAM

26 IT IS SO ORDERED.

27 Dated: _____, 2008

_____
United States District Court
for the Northern District of California