FILED

SEP 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

Dockham,

        Plaintiff(s),

    v.

Children's World-Knowledge Learning Corporati,

        Defendant(s).

No. C 08-00147 WHA MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _____ 9/2/08 _____

2.    Did the case settle?    ☒ fully    ☐ partially    ☐ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

**4.    IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO**

Dated: _____ 9/3/08 _____

Mediator, Baldwin Lee
Allen Matkins Leck Gamble & Mallory
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

*(left margin, vertical text:)* United States District Court — Northern District of California

Certification of ADR Session
08-00147 WHA MED