| | |
|---|---|
| 1 | James S. Greenan (SBN 53648) |
|   | jgreenan@gpsllp.com |
| 2 | Joshua M. Bryan (SBN 225230) |
|   | jbryan@gpsllp.com |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
|   | 6111 Bollinger Canyon Road, Suite 500 |
| 4 | San Ramon, California 94583 |
|   | Telephone: (925) 866-1000 |
| 5 | Facsimile: (925) 830-8787 |
| 6 | Attorneys for Defendant |
|   | KNOWLEDGE LEARNING CORPORATION |
| 7 | (Incorrectly sued herein as Children's |
|   | World-Knowledge Learning Corporation) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | JULIE RUTH DOCKHAM, | Case No. C08-00147 WHA |
| 13 | Plaintiff, | **STIPULATED DISMISSAL** |
| 14 | vs. | |
| 15 | CHILDREN'S WORLD-KNOWLEDGE LEARNING CORPORATION, and DOES 1 through 50, inclusive. | |
| 17 | Defendants. | |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Greenan, Peffer, Sallander & Lally LLP

1

STIPULATED DISMISSAL                                Case No. C08-00147 WHA

1   The parties by and through their respective counsel agree to dismiss the above-captioned
2   case in accordance with the terms of the settlement agreement entered into on September 2,
3   2008.
4   Dated this 24th day of September, 2008

GREENAN, PEFFER, SALLANDER & LALLY LLP

By:  ___/S/_____
     James S. Greenan
     Attorneys for Defendant
     KNOWLEDGE LEARNING CORPORATION,

Dated this 24th day of September, 2008

LAW OFFICES OF HOWARD MENCHER

By:  ___/S/ Howard Mencher_____
     Howard Mencher
     Attorneys for Plaintiff
     JULIE RUTH DOCKHAM

IT IS SO ORDERED:

*[Stamp: IT IS SO ORDERED, Judge William Alsup, United States District Court, Northern District of California; signature]*

September 25, 2008.

_____
Honorable William Alsup
United States District Judge